# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ISAAC A. POTTER, JR.,
SAMUEL POTTER,

    Plaintiffs,

-vs-                                                     Case No. 6:05-cv-872-Orl-18KRS

GENERAL MILLS, INC.,

    Defendant.

_____

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

On June 13, 2005, Isaac A. Potter, Jr., and Samuel Potter (the Potters) appearing *pro se*, filed a complaint against General Mills, Inc. (GM), doc. no. 1, along with a motion for leave to proceed *in forma pauperis*, doc. no. 2. Pursuant to 28 U.S.C. § 1915(e), the Court is required to consider whether the Potters' complaint is frivolous, malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.

### I. STANDARD OF REVIEW.

The United States Court of Appeals for the Eleventh Circuit applies the same standard applicable to motions to dismiss under Fed. R. Civ. P. 12(b)(6) to dismissals for failure to state a claim on which relief may be granted under section 1915(e)(2)(B)(ii). Under this standard, a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts that would entitle him to relief. *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). "In evaluating the sufficiency of a complaint under Rule 12(b)(6), courts must be mindful that the Federal Rules require only that the complaint contain 'a short statement of the claim showing that the